## ROSWELL W. FITCH *versus* WILLIAM BIRD

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1823–25): *Journal 3:* (1) Rule to show cause against attachment for failure to make return to certiorari *p. 457; (2) motion to withdraw attorney's name granted *p. 479. *Journal 4:* (3) Rule for judgment of nonsuit MS p. 21.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allowance; (2) motion by attorney to erase name from docket.

*1822–23 Calendar,* MS p. 123.

## AUGUSTUS PORTER, PETER B. PORTER, BENJAMIN BARTON, SHELDON THOMPSON, JACOB TOWNSEND, ALEXANDER BRONSON AND NATHANIEL SILL, LATE PARTNERS UNDER THE FIRM OF SILL, THOMPSON & CO., *versus* ATLAS E. LACOCK

JOURNAL ENTRIES (1823): *Journal 3:* (1) Dismissed *p. 457.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) declaration.

*1822–23 Calendar,* MS p. 36.

## THOMAS CALDWELL, ADMINISTRATOR, *versus* FRANCIS LASSELLE, ADMINISTRATOR

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1823): *Journal 3:* (1) Appeal dismissed *p. 458.

PAPERS IN FILE: [None]